172 So.2d 294

### Succession of Ludwig EISEMANN.

### No. 47668.

March 12, 1965.

In re: Mrs. Edna G. Eisemann applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 913.

Writ refused. The judgment is correct

172 So.2d 294

### AETNA FINANCE COMPANY

### v.

### Rayford ADAMS.

### No. 47661.

March 12, 1965.

In re: Rayford Adams applying for certiorari, or writ of review, to the Court of

Appeal, First Circuit, Parish of Livingston. 170 So.2d 740.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

172 So.2d 295

### Henry N. BURK

### v.

### SECURITY INSURANCE COMPANY OF NEW HAVEN.

### No. 47648.

March 12, 1965.

In re: Henry N. Burk applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 170 So.2d 783.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.